UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                      Case No. 12-56678

HEIDI L. BRINKLEY,                           Chapter 13

           Debtor.                                    Judge Thomas J. Tucker
_____/

**ORDER SUSTAINING CERTAIN MORTGAGE CREDITOR
OBJECTIONS TO CONFIRMATION,
AND DENYING CONFIRMATION OF DEBTOR'S THIRD AMENDED PLAN**

This case came before the Court on July 15, 2013, for an evidentiary hearing on certain objections to confirmation filed by Bank of America, N.A. ("Green Tree"),[1] and Wells Fargo Bank, N.A. ("Wells Fargo")[2] (collectively, the "Creditors"); specifically the objection of each of these Creditors that the Debtor's Plan is not proposed in good faith, as required by 11 U.S.C. § 1325(a)(3).[3] Another issue that arose during the evidentiary hearing concerns the application of the mortgage anti-modification provision in 11 U.S.C. § 1322(b)(5).[4]

Today the Court has filed a written opinion regarding these objections to confirmation. For the reasons stated by the Court in its written opinion,

       IT IS ORDERED that:

1.     The objections to confirmation by the Creditors are sustained, as and to the extent stated in the Court's written opinion filed today.

2.     Confirmation of Debtor's third amended plan (Docket # 141) is denied.

3.     Debtor is granted leave to file and serve an amended Chapter 13 plan, which must be consistent with the Court's written opinion filed today. Any such amended plan must be filed and served no later than November 19, 2013.

---

[1] Docket # 58.

[2] Docket # 40.

[3] Each of the Creditors filed amended objections to confirmation, after the evidentiary hearing. *See* Docket ## 167 (Wells Fargo) and 170 (Green Tree). Each of the amended objections repeated, as one ground of objection, that the Debtor's Plan is not filed in good faith.

[4] Other objections to confirmation by these Creditors, and by others, are not discussed in the Court's written opinion.

4. If Debtor does not file and serve such an amended plan on or before the November 19, 2013 deadline, or if Debtor seeks to voluntarily dismiss this case rather than file an amended plan, the Court will dismiss this bankruptcy case, and bar the filing of any new bankruptcy case by or against the Debtor for 180 days.

**Signed on November 5, 2013**                        /s/ Thomas J. Tucker
                                                                     **Thomas J. Tucker**
                                                                     **United States Bankruptcy Judge**